IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

**TYGRIS VENDOR FINANCE, INC.**                                                                    **PLAINTIFF**
**f/k/a US EXPRESS LEASING, INC.**

**v.**                                              **4:09CV00492-WRW**

**NORMAN PLEDGER DR., individually**                                           **DEFENDANT**
**and d/b/a PROTHO MEDICAL CLINIC**

### ORDER

Pending is Plaintiff's Motion for Voluntary Dismissal,[1] which is GRANTED based on settlement.[2]

IT IS SO ORDERED this 23rd day of June, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 17.

[2] See Federal Rule of Civil Procedure 41(a)(2).

1