**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT**

**TYGRIS VENDOR FINANCE, INC.**                                                                **PLAINTIFF**
**f/k/a US EXPRESS LEASING, INC.**

**v.**                                           **4:09CV00492-WRW**

**NORMAN PLEDGER DR., individually**                                          **DEFENDANT**
**and d/b/a PROTHO MEDICAL CLINIC**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this 23rd day of June, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1